FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE HERNANDEZ, <br><br> Defendant. | NO.: 10-2248M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1     based on his failure to proffer any evidence to meet his burden
2     on this issue;
3     and
4 B.  (X)  The defendant has not met his burden of establishing by
5     clear and convincing evidence that he is not likely to pose a
6     danger to the safety of any other person or the community if
7     released under 18 U.S.C. § 3142(b) or (c). This finding is
8     based on his failure to proffer any evidence to meet his burden
9     on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 20, 2010

_____
MARGARET A. NAGLE
United States Magistrate Judge